PROB 12C  
(6/16)

Report Date: December 5, 2016

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jorge Ayala Magana          Case Number: 0980 2:16CR00183-TOR

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, Senior U.S. District Judge  
Name of Supervision Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: March 31, 2003

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine (Count 1); Conspiracy to Possess with Intent to Distribute Cocaine (Count 2); Conspiracy to Possess with Intent to Distribute Marijuana (Count 3), in violation of 21 U.S.C. §§ 841(a)(1) and 846 | |
| Original Sentence: | Prison 175 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: July 22, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 21, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On December 3, 2016, the undersigned officer was notified of a search conducted by law enforcement on a storage unit belonging to Mr. Magana. Mr. Magana violated his conditions of supervised release in Spokane, Washington, by allegedly possessing methamphetamine, heroin and cocaine in a storage unit. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/05/2016

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

December 5, 2016

Date